IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL VENN,<br><br>    Plaintiff,<br><br>v.<br><br>ROOFING ATLANTA, INC., and<br>WESLEY BENJAMIN DAVENPORT,<br><br>    Defendants. | CIVIL ACTION FILE NO:<br><br>1:20-cv-04617-SDG |

### ORDER APPROVING FLSA SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Approval of FLSA Settlement Agreement and Dismissal of Case with Prejudice, the Court hereby GRANTS the Joint Motion and approves the settlement between the Parties.

WHEREFORE, the Court hereby ORDERS that the Joint Motion be and is GRANTED; the settlement is APPROVED; and Plaintiff's claims are DISMISSED WITH PREJUDICE.

So ordered this 21st day of December 2021.

Hon. Steven D. Grimberg
United States District Judge